UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV561

| | | |
|---|---|---|
| SCOTTY HERMAN | * | |
| | * | **FINAL JUDGMENT OF DISMISSAL** |
| VERSUS | * | **WITH PREJUDICE** |
| | * | |
| AMERICA'S PIZZA COMPANY, L.L.C., | * | |
| ET AL | * | |

*************************************************************************

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Scotty Herman therein against America's Pizza Company, L.L.C. and all defendants be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their/its own respective costs including court costs, attorney's fees and expenses.

Signed: December 18, 2006

Frank D. Whitney
United States District Judge