# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Scott Herman,

    Plaintiff(s),

vs.

America's Pizza Co., LLC, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv561

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2006 Order.

December 18, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk